**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LARRY HACKETHAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV01398 ERW |
| | ) | |
| HARBOR FREIGHT TOOLS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

<u>**MEMORANDUM AND ORDER**</u>

This matter comes before the Court on Plaintiff Larry Hackethal's Second Motion for Extension of Time to File a Memorandum in Response to Defendant's Motion for Protective Order [ECF No. 29].

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs motion for extension of time is **GRANTED**, **in part,** and Plaintiffs shall have seven days to file a response to Defendant's Motion for Protective Order [ECF No. 23]. In the event Plaintiff and Defendant reach an impasse in resolving their dispute on the Motion for Protective Order, the extension shall not be granted beyond July 19th, 2016 without further order of the Court.

Dated this <u>29th </u>Day of June, 2016.

_E. Richard Webber_

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE