**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LARRY HACKETHAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV01398 ERW |
| | ) | |
| HARBOR FREIGHT TOOLS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant Harbor Freight Tools USA, Inc.'s Motion for Protective Order. [ECF No. 23].

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for a Protective Order is **GRANTED**, **in part,** [ECF No. 23] and the parties shall proceed with 30(b)(6) depositions of corporate representatives. Topics will include, concerning, among other things, corporate structure and chain of command of the "QA" and "PAC-Man" departments. The Court does not foreclose Plaintiff's ability to take more depositions, but will withhold consideration of any arguments Plaintiff wishes to make for further discovery until after these initial depositions are completed in October. The Court shall issue an amended case management order after these depositions are completed upon request of the parties.

Dated this 23rd day of August, 2016.

E. Richard Webber

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE